Writ refused. We find no error of law in the judgment.

206 So.2d 711

**Mr. and Mrs. Rufus MARSHALL, Jr.**

v.

**SOUTHERN FARM BUREAU CASUALTY COMPANY et al.**

No. 49073.

Feb. 19, 1968.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.